IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

Eric Wayne Travis               )
    Plaintiff (s)       )
vs.                             )  Civil No.  05-1180-CV-W-DW
                                )  Crim. No.  90-0125-01-CR-W-DW
United States of America        )
                                )
    Defendant (s)       )

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_____ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

**ORDERED THAT**:  The Court **DENIES** the motion to vacate, set aside, or correct the sentence in the above-captioned criminal action. This case is dismissed with prejudice.

PATRICIA L. BRUNE, CLERK

Date: March 20, 2006              By: /s/ Y. Johnson
                                                            Deputy Clerk